**FILED**

MAR - 7 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 3:23 CR 126 |
| v. | ) ) | CASE NO. _____ |
| ROBERT BOXX, | ) ) ) | Title 18, United States Code, Sections 922(g)(1) and 924(e) |
| Defendant. | ) | JUDGE CARR |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(e))

The Grand Jury charges:

1. On or about October 8, 2018, in the Northern District of Ohio, Western Division, Defendant ROBERT BOXX, knowing he had been previously convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Aggravated Trafficking in Drugs, on or about April 9, 1992, in Case Number 92CR000137, in Sandusky County Common Pleas Court; Delivering or Manufacturing Controlled Substances, on or about April 10, 1997, in case number 96-008574-01-FH, in the Michigan 3rd Judicial Circuit, Wayne County; Criminal Sexual Conduct, on or about July 14, 2005, in Case Number 04-0267-FC, in the Michigan 22nd Judicial Circuit, Washtenaw County; Criminal Sexual Conduct, on or about February 19, 2009, in Case Number CRW-08-1479FH, in the Michigan 22nd Judicial Circuit, Washtenaw County; and Delivering or Manufacturing a Controlled Substance, Felony Firearms Possession, and Possession of Firearm while Committing a Felony, on or about February 19, 2009, in Case Number CRW-08-1311FH, in the Michigan 22nd Judicial Circuit, Washtenaw County, did

ORIGINAL

knowingly possess in and affecting interstate commerce a firearm, to wit: a SCCY Model CPX-1, 9mm handgun, bearing serial number 518220, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## ENHANCED PENALTY UNDER TITLE 18, UNITED STATES CODE, SECTION 924(e)(1)

2. Before Defendant committed the offense charged in this count, he had at least three previous qualifying convictions for offenses committed on occasions different from one another.

## FORFEITURE

The Grand Jury further charges:

3. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant ROBERT BOXX, shall forfeit to the United States all property involved in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.